UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        21-Cr-10 (SHS)

    -against-                                      :

SAJID DACRES,                                       :        <u>ORDER</u>

    Defendant.                               :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Defendant Sajid Dacres having been sentenced on January 19, 2021,

    IT IS HEREBY ORDERED that the defendant is sentenced to time served.

Dated: New York, New York
       January 20, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.